**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Salvador Mateos Cruz, et al.

                    Plaintiff,

v.                                  Case No.: 1:15−cv−10347
                                          Honorable Elaine E. Bucklo

Greenhaven Landscapes Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 16, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 12/16/2016. Agreed Motion to Dismiss Collective or Representative Claims, for Approval of Settlement [28] is granted. Enter Order. The Court dismisses this case in its entirety against defendant, without prejudice, with leave to reinstate for the sole purpose of enforcing the terms of the settlement. The dismissal will automatically convert to a dismissal with prejudice on 1/6/2017. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.